FILED

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0644

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0644

IN RE THE MARRIAGE OF:

MATTHEW ROBERTS,

Petitioner and Appellee,

and

FIDELA ROBERTS,

Respondent and Appellant.

**ORDER**

With good cause appearing, the Appellant is given an extension of time until January 29, 2024 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 8 2024